IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTIN MYERS, Individually and on
Behalf of All Others Similarly Situated**                                  **PLAINTIFF**

**v.**                         **No. 4:19-CV-00923-BSM**

**KOPPERS RECOVERY RESOURCES, LLC,
and KOPPERS INC.**                                                                       **DEFENDANTS**

## ORDER

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 16] and Federal Rule of Civil Procedure 41, this case is dismissed with prejudice.

IT IS SO ORDERED this 16th day of November, 2020.

                                                               _/s/ Brian S. Miller_
                                                            UNITED STATES DISTRICT JUDGE